UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI ADRIENNE YOUNGER,<br><br>           Plaintiff,<br><br>   v.<br><br>ALVAREZ, et al.,<br><br>           Defendants. | No. 1:24-cv-00098-KES-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE BRANDI ADRIENNE YOUNGER, CDCR #F-92401 |

A settlement conference in this matter commenced on September 23, 2025. Inmate Brandi Adrienne Younger, CDCR #F-92401, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

    Dated:   **September 23, 2025**           /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE